**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**
Michael P. Lowry, Esq.
Nevada Bar No. 10666
300 S. 4th St., 11th Floor
Las Vegas, Nevada 89101
Tel:   (702) 727-1400
Fax:   (702) 727-1401
Email: Michael.Lowry@wilsonelser.com
*Attorneys for Defendant Cardenas Markets, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GABRIELA BARRERA,<br><br>　　　　Plaintiff,<br><br>vs.<br>CARDENAS MARKETS, INC.; DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive,<br><br>　　　　Defendants. | CASE NO:   2:16-cv-1321<br><br>**SUBSTITUTION OF ATTORNEY** |

TO:   ALL INTERESTED PARTIES; and

TO:   ALL COUNSEL OF RECORD:

　　　CARDENAS MARKETS, INC. hereby substitutes the law offices of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP as its counsel of record in Case No.: 2:16-cv-1321, presently pending in the United States District Court, District of Nevada, in place and stead of THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER.

　　　DATED this 28th day of July, 2016.

　　　　　　　　　　　　　　　　　　CARDENAS MARKETS, INC.

　　　　　　　　　　　　　　　　　　*/s/Maria Bermudez*
　　　　　　　　　　　　　　　　　　Maria Bermudez on behalf of
　　　　　　　　　　　　　　　　　　Defendant CARDENAS MARKETS, INC.

1000097v.1

1  I hereby WITHDRAW my representation of CARDENAS MARKETS, INC. in Case 2:16-cv-1321, presently pending in the United States District Court, District of Nevada.

DATED this 28th day of July, 2016.

                        THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER

By:   */s/ Philip Goodhart*
      PHILIP GOODHART, ESQ.
      Nevada Bar No. 5332
      Email: **png@thorndal.com**
      1100 E. Bridger Avenue
      P.O. Box 2070
      Las Vegas, NV 89125
      Tel:702.366.0622/Fax: 702.366.0327

I accept the representation of CARDENAS MARKETS, INC. in Case No.: 2:16-cv-1321, presently pending in the United States District Court, District of Nevada.

DATED this 28th day of July, 2016.

                        WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

*/s/ Michael P. Lowry*
MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: **Michael.Lowry@wilsonelser.com**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101-6014
Tel: 702.727.1400/Fax: 702.727.7401
*Attorney for Cardenas Markets, Inc.*

      IT IS SO ORDERED:

      _/s/ George Foley Jr._____
      UNITED STATES MAGISTRATE JUDGE

      DATED: July 29, 2016

-2-

1000097v.1

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP and that on this 28th day of July, 2016, I did cause a true copy of **SUBSTITUTION OF ATTORNEYS** to be electronically transmitted to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Bryan Blackwell, Esq.
Richard Harris Law Firm
901 South Fourth Street
Las Vegas, NV 89101
Tel: 702.444.4444
Fax:  702.444.4455
Email: bryan.blackwell@richardharrislaw.com
*Attorney for Plaintiff*

BY: /s/ Naomi E. Sudranski
An Employee of
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

-3-

1000097v.1