IAN C. ESTRADA, ESQ.
Nevada Bar No. 12575
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Phone: (702) 444-4444
Fax: (702) 444-4455
E-Mail: Ian@RichardHarrisLaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GABRIELA BARRERA,<br><br>    Plaintiff,<br><br>vs.<br><br>CARDENAS MARKETS, INC.; DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive,<br><br>    Defendants. | CASE NO.:   2:16-cv-01321-RFB-GWF<br><br>**PLAINTIFF'S MOTION TO REMOVE ATTORNEY FROM THE SERVICE LIST** |

Plaintiff GABRIELA BARRERA ("Plaintiff"), by and through her attorney of record Ian C. Estrada, Esq., of the RICHARD HARRIS LAW FIRM, hereby request that Bryan Headlee Blackwell, Esq. and Samantha Martin, Esq. be removed from the list of counsel to be noticed.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Bryan Headlee Blackwell, Esq. is no longer with the Richard Harris Law Firm and Samantha Martin, Esq. is no longer assigned to the handling of this case. Given the appearance of the attorney on behalf of Plaintiff, no party will be prejudiced by the counsel's withdrawal.

DATED this 3rd day of April, 2018.

**RICHARD HARRIS LAW FIRM**

/s/ *Ian C. Estrada*

_____
IAN C. ESTRADA, ESQ.
Nevada Bar No. 12575
801 South Fourth Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 4/4/2018

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of RICHARD HARRIS LAW FIRM and that on this 3rd day of April, 2018, I served a copy of the foregoing, **PLAINTIFF'S MOTION TO REMOVE ATTORNEY FROM THE SERVICE LIST** in Gabriela Barrera v. Cardenas Markets, Inc., United States District Court Case No. 2:16-cv-01321-RFB-GWF, as follows:

[ X ]   Electronic Service – in accordance with FRCP Rule 5(b)(2)(E).

Michael P. Lowry, Esq.
WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
300 S. 4th Street, 11th Floor
Las Vegas, Nevadad 89101
Telephone: 702-727-1400
Facsimile: 702-727-1401
*Attorneys for Defendant*
*CARDENAS MARKETS, INC.*

/s/ *Kellene McKay*

Kellene McKay
An employee of RICHARD HARRIS LAW FIRM
Email: Kellene@richardharrislaw.com